## Eva Berliant, Appellee, v. Inga Fieber, Appellant.

### Gen. No. 40,828.

654

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940. J. Edward Jones, for appellant; Charles C. Spencer and Richard M. Spencer, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."